[Civ. No. 18820. Second Dist., Div. One. Jan. 8, 1952.]

Estate of WALTER CLAYTON, Deceased. QUINCY McMILLON et al., Appellants, v. ETHEL ROWE CLAYTON, Respondent.

Walter L. Gordon, Jr., for Appellants.

Noel Edwards for Respondent.

THE COURT.— Respondent Ethel Rowe Clayton moves to dismiss the appeal taken by appellants from an order denying a motion made under section 473 of the Code of Civil Procedure which sought to vacate and set aside an order which admitted a will to probate and granted letters of administration with will annexed.

The case is governed by the holding of the Supreme Court in *Estate of Estrem,* 16 Cal.2d 563 [107 P.2d 36], and accordingly upon the authority of that decision the appeal lies and the motion to dismiss must be and it is denied. So ordered.